UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. NORTON,<br><br>      Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>      Defendant. | NO. EDCV 09-1865-R(CT)<br><br>JUDGMENT |

    Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the report and recommendation entered concurrently with this judgment.

DATED: April 28, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE